NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEATHEL CHAUNCEY, ESQUIRE, as          )
trustee only, under the 512 Hatchwood   )
Drive Land Trust,                        )
                                         )
      Appellant,                       )
                                         )
v.                                       )          Case No.  2D18-2488
                                         )
U.S. BANK, N A., Successor Trustee       )
to Lasalle Bank National Association,    )
on behalf of the holders of Bear Sterns  )
Asset Backed Securities I Trust 2007-    )
HE3, Asset-Backed Certificates Series    )
2007-HE3,                                )
                                         )
      Appellee.                        )
_____  )

Opinion filed June 19, 2019.

Appeal from the Circuit Court for Polk
County; Steven L. Selph, Judge.

Leslie M. Conklin, Clearwater, for
Appellant.

Allison Morat of Bitman O'Brien & Morat,
PLLC, Maitland, for Appellee.

PER CURIAM.

      Affirmed.

ROTHSTEIN-YOUAKIM and ATKINSON, JJ., and LEFLER, LAWRENCE M.,
ASSOCIATE JUDGE, Concur.